**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6934

JOHN PAUL TURNER,

Petitioner - Appellant,

versus

SUPERINTENDENT, Rockbridge Regional
Jail/Augusta County Sheriff,

Respondent - Appellee.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Samuel G. Wilson, Chief District
Judge. (CA-03-761-7)

Submitted: September 24, 2004        Decided: November 15, 2004

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

John Paul Turner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Paul Turner appeals the district court's orders dismissing without prejudice his 28 U.S.C. § 2254 (2000) petition and denying his motion for reconsideration. Because Turner could amend the petition to clearly state the claims he wishes to raise and whether he is in custody pursuant to the relevant conviction, the dismissal order is interlocutory and not appealable. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED